UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-60053 |
| VERSUS | JUDGE HAIK |
| MEL CREDEUR | MAGISTRATE JUDGE HILL |

## REPORT AND RECOMMENDATION REGARDING COMPETENCY

On motion of the defendant, the undersigned issued an Order committing Mel Credeur to the custody of the Attorney General for a mental examination pursuant to Title 18 U.S.C. Sections 4241 and 4242, and requiring that a report be issued and returned to this Court pursuant to Title 18 U.S.C. Sections 4247(b) and (c).  [rec. docs. 25 and 28]. The report, a Forensic Evaluation authored by Judith (Betsy) Campbell, Ph.D. and Michael Helvey, Ph.D. dated February 9, 2007, has been received by the court and filed under seal. [rec. doc. 59].

A competency hearing was conducted before the undersigned Magistrate Judge on March 7, 2007.  John E. McElligott, Jr., Mel Credeur and AUSA Kelly P. Uebinger attended.  Counsel advised that, other than the Forensic Evaluation performed by Drs. Campbell and Helvey, they had no additional evidence to submit.  Accordingly, the matter was taken under advisement.  This report and recommendation follows.

2

The undersigned adopts the complete facts, findings, assessment and conclusions articulated in Drs. Campbell's and Helvey's Forensic Evaluation dated February 9, 2007. Based on the facts, findings, assessment and conclusions articulated in Drs. Campbell's and Helvey's Forensic Evaluation, and on the opinion by Drs. Campbell's and Helvey's that "Mr. Credeur is currently competent to stand trial and was sane at the time of the alleged offense", the undersigned concludes that the defendant, Mel Credeur, is sufficiently able to understand the nature and consequences of these criminal proceedings and sufficiently able to assist counsel in his defense to support a finding that he is competent to proceed to trial. Accordingly, **it is recommended that the district judge find the defendant, Mel Credeur, competent to proceed to trial.**

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within ten (10) days after being served with a copy of any objections or responses to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within ten (10) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon**

**grounds of plain error. See** ***Douglass v. United Services Automobile Association*****, 79 F.3d 1415 (5th Cir. 1996).**

      Signed at Lafayette, Louisiana on March 8, 2007.

                                                                             C. MICHAEL HILL
                                                                             UNITED STATES MAGISTRATE JUDGE