**RECEIVED**

MAR - 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

APR 1 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 06-60053** |
| **VERSUS** | **JUDGE HAIK** |
| **MEL CREDEUR** | **MAGISTRATE JUDGE HILL** |

### RULING ON COMPETENCY

Considering the Report and Recommendation on the defendant's competency, and noting the absence of any objections,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Mel Credeur is hereby declared competent to proceed to trial.

Lafayette, Louisiana this 10 day of April, 2007.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE